UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>- against –<br><br>TABLE RUN ESTATES INC., CONDETTA BROWN DESGOUTTE a/k/a CONDETTA DESGOUTTE, STEVE DESGOUTTE and ESPERANZA PEREZ,<br><br>Defendants. | CIVIL ACTION NO. 1:18-cv-05848-JPO<br><br>ECF CASE<br><br>**ORDER** |

THIS MATTER, having come before this Court on Plaintiff's Motion For Brian Thomas to Comply with the Court's January 5, 2021 So-Ordered Deposition Subpoena ("So-Ordered Subpoena"), or, in the Alternative for Civil Contempt Sanctions against Brian Thomas; and

It Appearing, upon argument of counsel and for good cause shown, that the Motion should be granted,

IT IS HEREBY:

ORDERED that Brian Thomas must produce the documents requested in this Court's So-Ordered Subpoena and appear at a virtual deposition on or before February 26, 2021;

ORDERED that Brian Thomas pay United Specialty $1768.05 in compensatory contempt sanctions if Brian Thomas refuses to appear at a deposition and produce the documents requested in the So-Ordered Subpoena by February 26, 2021.

SO ORDERED:
February 3, 2021

_____
J. PAUL OETKEN
United States District Judge

To: Mr. Brian D. Thomas
    260 Hawthorne St., A1
    Brooklyn, NY 11225