**United States District Court**

**Southern District of New York**

**United Specialty Insurance Company**
     Plaintiff(s)

v.

                                     CIVIL ACTION NO. 1:18-cv-0848-JPO
                                           Affidavit in Lieu of Deposition

**Table Run Estates Inc et al**
     Defendant(s)

------------------------------------------------X

I, Brian Thomas, being duly sworn, deposes and says:

- I have no current knowledge of this case.
- I have no recollection of Defendants in this case.
- I maintain no documents related to this case.
- I was given no documents related to this case.
- On or around March 2018, I was diagnosed with a chronic illness (e.g. heart-related) and suffered a massive heart-related event that resulted in me being close to death.
- I have yet to recover from this illness.
- I have typed this Affidavit from my hospice-like sick bed.
- I no longer practice law as of October 2017 and went through all the required 1st Department procedures.
- I was required to stop practicing by the Appellate Division First Department in October 2017.
- Pursuant to the Appellate Division First Department decision in October 2017 any attorney-client relationship between me and Defendants in the referenced would have been automatically terminated. (e.g. a former attorney cannot maintain clients.)
- It is my personal lay opinion, that if a default judgment was entered, the only equitable remedy would be a trial de novo on the merits for Defendants in the refenced matter, given these extraordinary circumstances.
- In light of my health status, participating in any deposition would constitute a great hardship on my health.
- I know nothing beyond that which I have disclosed in this affidavit.

**VERIFICATION**

I have read the foregoing **Affidavit in Lieu of Deposition** and know the contents thereof. The same is true to my knowledge, except as to matters therein stated to be alleged on information and belief and as to those matters, I believe them to be true.

X _____

                                                                              **Brian Thomas**

**Sworn to before me this**

**26th day of February, 2021**

x _____

**Notary Public**

ALISHA ESAU
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01ES6399741
Qualified in QUEENS County
Commission Expires 10/28/2023