UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED SPECIALTY INSURANCE COMPANY,

                      Plaintiff,

-v-

TABLE RUN ESTATES INC., et al.,

                      Defendants.

18-CV-5848 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

    Having considered Plaintiff's motion (Dkt. No. 104), Defendants' counter-motion (Dkt. No. 105), and Plaintiff's response (Dkt. No. 106), the Court hereby grants Plaintiff's motion to compel. Brian Thomas must appear for a virtual deposition by July 23, 2021.

    In addition, the parties are directed to file a joint letter updating the court as to the status of the action by August 13, 2021.

    SO ORDERED.

Dated: July 6, 2021
       New York, New York

                                        J. PAUL OETKEN
                                        United States District Judge