UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED SPECIALTY INSURANCE
COMPANY,
                          Plaintiff,                       18-CV-5848 (JPO)

          -v-                                      ORDER

TABLE RUN ESTATES INC., *et al.*,
                          Defendants.

J. PAUL OETKEN, District Judge:

      Having considered Plaintiff's motion (Dkt. No. 109), Defendants' letter response in opposition (Dkt. No. 110), Plaintiff's supplemental letter motion (Dkt. No. 111), and the parties' joint letter (Dkt. No. 113), the Court hereby grants Plaintiff's motion to compel. A U.S. Marshal shall escort Brian Thomas either to the United States District Court for the Southern District of New York to appear for a virtual deposition or to the offices of Plaintiff's counsel for a deposition in person on Thursday, September 30, 2021.

      The Clerk of Court is directed to close the motions at Docket Numbers 109 and 111.

      SO ORDERED.

Dated: August 31, 2021
       New York, New York

                                                              J. PAUL OETKEN
                                         United States District Judge